IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-03301-RPM

ALEC LONGFELLOW,

    Plaintiff,

v.

STANDARD INSURANCE COMPANY,

    Defendant.

---

ORDER DISMISSING CASE WITH PREJUDICE

---

    Pursuant to the Stipulation for Dismissal with Prejudice, filed May 23, 2012 [10], it is

    ORDERED that this case is dismissed with prejudice with each party to pay their own fees and costs.

    DATED: May 23rd, 2012

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge